No. —. Ex parte Phillip Wallace and Frank Butler. October 16, 1944. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —. In re Complaint of Ward M. Blanton. October 16, 1944. The complaint is dismissed.

No. —. In re Petition for Rule to Show Cause of Ward M. Blanton. October 16, 1944. Petition for rule to show cause denied.

No. —. Scheib v. Ragen, Warden. October 16, 1944. The motion for leave to file petition for writ of certiorari or habeas corpus is denied.

No. —. Baker v. United States. October 16, 1944. Petition denied.

No. —. Hadley v. United States. October 16, 1944. The motion for leave to file petition for writ of certiorari is denied.

No. —. Ex parte John A. Evans. October 16, 1944. The motion for leave to file petition for writ of mandamus or habeas corpus is denied.

No. —. Ex parte Edwin K. Atwood. October 16, 1944. The motion for leave to file petition for writ of mandamus, prohibition, or certiorari is denied.